UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 13-5770-BRO (DTB)**                    Date: **November 13, 2013**

Title: **Billy Driver, Jr. v. Sgt. Mora, et al**
================================================================

**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Deb Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF:          ATTORNEY PRESENT FOR DEFENDANTS:
     None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

Plaintiff, who currently is incarcerated at California State Prison, in Lancaster, California, filed a pro se Complaint herein pursuant to 42 U.S.C. § 1983 on September 26, 2013, after being granted leave to proceed in forma pauperis.  On September 16, 2013, plaintiff was ordered to pay an initial partial filing fee in the amount of $13.90 pursuant to 28 U.S.C. § 1915, on or before October 16, 2013.

28 U.S.C. § 1915(b)(1) reads as follows:

[I]f a prisoner brings a civil action or files an appeal in forma pauperis, **the prisoner shall be required to pay the full amount of a filing fee**. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, **an initial partial filing fee of 20 percent of the greater of** - (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.  (2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.  (Emphasis added.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| | |
|---|---|
| Case No.: **CV 13-5770-BRO (DTB)** | November 13, 2013 |
| **Billy Driver, Jr. v. Sgt. Mora, et al.** | Page 2 |

---

On October 28, 2013, rather than providing his initial partial filing fee in the amount of $13.90, plaintiff filed a document entitled "<u>Action</u> Motion for an [sic] Court Order That Court Take Judicial Notice and Motion Request to be Excused From Paying Partial Court Filing Fees of $13.90" ("Motion") [Dkt. # 15]. In his Motion, plaintiff provides the Court with an uncertified trust account statement, printed on October 16, 2013, and which reflects plaintiff's current available balance of $6.42. Plaintiff informs the Court that he "cannot pay the $13.90 Court ordered filing fee because he does not have the funds to pay the Court ordered filing fees and shows the Court that he would definitely pay Court filing fees if he could." Plaintiff further motions the Court to be excused from paying the initial partial filing fee because the "prison accounting office is in violation of the PLRA pro rata requirements and is illegally overcharging my prison trust account over 80%."

The Court has read and considered plaintiff's Motion and hereby DENIES the same. To the extent plaintiff makes further allegations against the prison accounting office, such claims may not be considered and should be formally made in a civil rights complaint.

With regard to plaintiff's request to be excused from paying the initial partial filing fee of $13.90, as noted above, pursuant to 28 U.S.C. 1915(b)(1), if a prisoner brings a civil action in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. As such, plaintiff is required to pay the full filing fee in the amount of $350.00. Attached to plaintiff's Request to Proceed Without Prepayment of Filing Fees filed September 11, 2013, was a certified copy of his trust account statement for the 6-month period immediately preceding the filing of the complaint (*i.e.* March 9, 2013 through September 6, 2013), which reflected the following: A current balance of $67.22, an average monthly balance for the past six months of $69.53, and an average monthly deposit for the past six months of $58.33. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assessed an initial partial filing fee of $13.90 which was 20 percent of the greater of - (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: **CV 13-5770-BRO (DTB)**                                                **November 13, 2013**
**Billy Driver, Jr. v. Sgt. Mora, et al.**                                                              **Page 3**

------------------------------------------------------------------

    As plaintiff lodged his Complaint on August 8, 2013, the Court considered the 6-month period immediately preceding the filing of the complaint. Plaintiff's recent uncertified trust account statement attached to his Motion, reflects the time period of July 1, 2013 through October 15, 2013.

    The Court notes that on October 28, 2013, it issued an Order to Show Cause re Dismissal for Failure to Pay Initial Partial Filing Fee. Plaintiff's response thereto is currently due on or before November 18, 2013. On the Court's own motion, the Court, *sua sponte*, extends plaintiff's time up to and including November 27, 2013, within which to response to the Court's Order to Show Cause and/or submit his initial partial filing fee to the Court.

MINUTES FORM 11                                                                                   Initials of Deputy Clerk dts
CIVIL-GEN